KINGS COUNTY TRUST COMPANY, as Committee of JOSEPH AIELLO, JR., an Incompetent Person, Plaintiff, *v.* TUDOR CONSTRUCTION CORP., Defendant and Third-Party Plaintiff-Appellant. UNITED STATES FIDELITY AND GUARANTY COMPANY, Third-Party Defendant-Respondent.

854

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.